(Official Form 1) (9/01)

| FORM B1 | United States Bankruptcy Court<br>Middle District of Tennessee | Voluntary Petition |
|---|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**American HomePatient, Inc., a Delaware Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): | |

**302-08915**

| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
|---|---|
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>62-1474680 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>5200 Maryland Way, Suite 400<br>Brentwood, TN 37027-5018 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Williamson** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>5200 Maryland Way, Suite 400<br>Brentwood, TN 37027-5018 | Mailing Address of Joint Debtor (if different from street address):<br>FEES<br>(X) Pd in full<br>( ) Oath ( ) BOC |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | Part Pay FF $_____<br>AF $_____<br>TS $ |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | | |
|---|---|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7 | ■ Chapter 11 | ☐ Chapter 13 |
| ■ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other_____ | | | | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| ☐ Consumer/Non-Business  ■ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

FILED 2002 JUL 31 PM 2:33 U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF TN

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ■ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ |

(Official Form 1) (9/01)

| Voluntary Petition | Name of Debtor(s): | FORM B1, Page 2 |
|---|---|---|
| (This page must be completed and filed in every case) | American HomePatient, Inc., a Delaware Corporation | |

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: See attached. | Case Number: Unknown | Date Filed: 7/31/02 |
| District: Middle District of Tennessee | Relationship: Affiliate | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct. [debtor is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

John B. Rose
Printed Name of Attorney for Debtor(s)

Boult Cummings Conners & Berry, PLC / Stockwell Howard Hyne Gabbert & Manner, P.C.
Firm Name

414 Union Street / ___ Deaderick Street, Suite 1800
Address
Nashville, TN 37238-1800

615-256-0500  Fax: 615-251-1058
Telephone Number

July 31, 2002
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Joseph F. Furlong
Printed Name of Authorized Individual

President and Chief Executive Officer
Title of Authorized Individual

July 31, 2002
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☒ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date:

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

Case No. _____

ITION

AFFILIATES

In re    American HomePatient, Inc., a Delaware Corporation

Debtor

# FORM 1. VOLUNTARY PET
## PENDING BANKRUPTCY CASES O

Designated Companies, Inc.
AHP Finance, Inc.
American HomePatient, Inc., a Tennessee Corporation
American HomePatient of New York, Inc.
National Medical Systems, Inc.
Sound Medical Equipment, Inc.
The National Medical Rentals, Inc.
National I.V., Inc.
American HomePatient of Arkansas, Inc.
American HomePatient of Nevada, Inc.
Volunteer Medical Oxygen & Hospital Equipment Co.
Allegheny Respiratory Associates, Inc.
American HomePatient of Illinois, Inc.
American HomePatient of Texas, L.P., a Texas limited partnership

# United States Bankruptcy Court
## Middle District of Tennessee

In re  **American HomePatient, Inc., a Delaware Corporation**,
                                Debtor

Case No. _____

Chapter _____ 11 _____

## Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __0-19532__.

2. The following financial data is the latest available information and refers to debtor's condition on __June 30, 2002__.

    a. Total assets                                            $   269,240,077.00

    b. Total debts (including debts listed in 2.c., below)     $   322,129,850.00

    c. Debt securities held by more than 500 holders.

    | | | | | Approximate number of holders |
    |---|---|---|---|---|
    | secured /X/ | unsecured / / | subordinated / / | $ 0.00 | 0 |
    | secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
    | secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
    | secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
    | secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |

    d. Number of shares of preferred stock          0           0
    e. Number of shares of common stock        16,367,000    1,762

    Comments, if any:
    **Shares-outstanding number is as of July 18, 2002.**

3. Brief description of debtor's business:
    **The company provides home health care services and products consisting primarily of respiratory and infusion therapies and the rental and sale of home medical equipment and home care supplies.**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
    **Putnam Investments, LLC beneficially owns 7.0 % of the company's voting securities.**